**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Key Resources, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 56-2029495 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4 Oak Branch Drive<br>Number  Street | Number  Street |
| Suite 4-A | P.O. Box |
| Greensboro  NC  27407<br>City   State  ZIP Code | City  State  ZIP Code |
| Guilford County<br>County | **Location of principal assets, if different from principal place of business**<br>Number  Street<br><br>City  State  ZIP Code |

5. **Debtor's website** (URL)  www.staffing360solutions.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

Debtor  **Key Resources, Inc.**
_____
Name

Case number (*if known*)_____

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>**5613** |
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　MM / DD / YYYY |
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor **Staffing 360 Solutions, Inc.**   Relationship _____<br>　　　　District **Eastern District of North Carolina**   When **05/05/2025**<br>　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　Case number, if known _____ |

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **2**

Debtor   Key Resources, Inc.   Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name      _____
        Phone             _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor _____    Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/05/2025
               MM / DD / YYYY

✘ /s/ Brendan Flood                      Brendan Flood
Signature of authorized representative of debtor    Printed name

Title  CEO

**18. Signature of attorney**

✘ /s/ *Rebecca Redwine Grow*           Date  05/05/2025
Signature of attorney for debtor                               MM / DD / YYYY

Rebecca Redwine Grow
Printed name

HENDREN, REDWINE & MALONE, PLLC
Firm name

4600 Marriott Drive, Suite 150

Raliegh                        NC            27612
City                             State        ZIP Code

(919) 420-7867                  rredwine@hendrenmalone.com
Contact phone                        Email address

37012                                     NC
Bar number                                 State

**Fill in this information to identify the case:**

Debtor name: Key Resources, Inc.

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service  PO Box 7346  Philadelphia, PA, 19101-7346 | | | Disputed  Unliquidated  Contingent | | | 2,213,804.51 |
| 2 | North Carolina Department of Revenue  Bankruptcy Unit  P.O. Box 1168  Raleigh, NC, 27602 | | | Disputed  Unliquidated  Contingent | | | 223,396.27 |
| 3 | KOURY CORPORATION  2275 Vanstory St., Suite 200  Greensboro, NC, 27403 | John Mills  336.299.9200  AR@KouryCorp.com | | Disputed  Unliquidated  Contingent | | | 11,945.23 |
| 4 | DE LAGE LANDEN FINANCIAL SERVICES, INC.  1111 Old Eagle School Road  Wayne, PA, 19087 | | | Disputed  Unliquidated  Contingent | | | 4,072.14 |
| 5 | MFN Family, LLC  7901 4th St N Ste 300  Saint Petersburg, FL, 33702 | Page@aai4u.com | | Disputed  Unliquidated  Contingent | | | 3,848.63 |
| 6 | DAVID G. SOUTHERN  P.O. Box 2352  Kernersville, NC, 27284 | | | Disputed  Unliquidated  Contingent | | | 3,090.00 |
| 7 | Systel Business Equipment  P.O. Box 35870  Fayetteville, NC, 28303 | | | Disputed  Unliquidated  Contingent | | | 2,071.56 |
| 8 | Guilford County Tax Department  400 W Market St  Greensboro, NC, 27401 | | | Disputed  Unliquidated  Contingent | | | 1,995.22 |

Debtor  Key Resources, Inc.  
       Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Lochness Medical Supplies Inc. 2775 Broadway Suite 100 Buffalo, NY, 14227 | Sheila Martinez 1 (210) 775 – 2583 sheila.martinez@lochnessmedical.com | | Disputed Unliquidated Contingent | | | 919.69 |
| 10 | PIEDMONT NATURAL GAS P.O.BOX 1246, Charlotte Charlotte, NC, 28201 | 1-800-752-7504 | | Disputed Unliquidated Contingent | | | 875.99 |
| 11 | Jan-Pro Cleaning Systems 400 Bursca Dr #401 Bridgeville, PA, 15017 | | | Disputed Unliquidated Contingent | | | 700.00 |
| 12 | DIGITAL DOLPHIN PRODUCTS 2900 N Green Valley Pkwy #111 Henderson, NV, 89014 | | | Disputed Unliquidated Contingent | | | 477.17 |
| 13 | VERIZON 500 Technology Drive, Suite 550 Weldon Spring, MO, 63304 | | | Disputed Unliquidated Contingent | | | 445.15 |
| 14 | Charter Communications 400 Washington Blvd. Stamford, CT, 06902 | | | Disputed Unliquidated Contingent | | | 412.30 |
| 15 | AAA Self Storage 135 Kriess Rd Butler, PA, 16001 | | | Disputed Unliquidated Contingent | | | 382.00 |
| 16 | W. SALEM CHARTER COMMUNICATIONS 1813 Spring Garden St Greensboro, NC, 27403 | Mark.Absher 888-812-2591 Mark.Absher@charter.com | | Disputed Unliquidated Contingent | | | 372.02 |
| 17 | DUKE ENERGY PO Box 1090 Charlotte, NC, 28201 | 800.752.7504 DukeEnergyCustomerService@duke-energy.com | | Disputed Unliquidated Contingent | | | 251.32 |
| 18 | ELROD ELECTRICAL SERVICE, INC. 207 S. Westgate Drive, Suite E Greensboro, NC, 27407 | Terry Elrod (336) 852-7776 | | Disputed Unliquidated Contingent | | | 184.14 |
| 19 | 4 Oak Greensboro Charter Communications 1813 Spring Garden St Greensboro, NC, 27403 | Mark.Absher 888-812-2591 Mark.Absher@charter.com | | Disputed Unliquidated Contingent | | | 155.00 |
| 20 | APEX BACKGROUND CHECKS 5710-K High Point Rd #197 Greensboro, NC, 27407 | Fred Karmally 1-877-232-3980 apexbackgroun2@magma.ca | | Disputed Unliquidated Contingent | | | 60.00 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

4 Oak Greensboro Charter Communications
1813 Spring Garden St
Greensboro, NC 27403

AAA Self Storage
135 Kriess Rd
Butler, PA 16001

APEX BACKGROUND CHECKS
5710-K High Point Rd #197
Greensboro, NC 27407

Charter Communications
400 Washington Blvd.
Stamford, CT 06902

DAVID G. SOUTHERN
P.O. Box 2352
Kernersville, NC 27284

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 Old Eagle School Road
Wayne, PA 19087

DIGITAL DOLPHIN PRODUCTS
2900 N Green Valley Pkwy #111
Henderson, NV 89014

DUKE ENERGY
PO Box 1090
Charlotte, NC 28201

ELROD ELECTRICAL SERVICE, INC.
207 S. Westgate Drive, Suite E
Greensboro, NC 27407

Guilford County Tax Department
400 W Market St
Greensboro, NC 27401

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jan-Pro Cleaning Systems
400 Bursca Dr #401
Bridgeville, PA 15017

KOURY CORPORATION
2275 Vanstory St., Suite 200
Greensboro, NC 27403

Lochness Medical Supplies Inc.
2775 Broadway Suite 100
Buffalo, NY 14227

MFN Family, LLC
7901 4th St N Ste 300
Saint Petersburg, FL 33702

North Carolina Department of Commerce
Div. of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602

North Carolina Department of Revenue
Office Services Division
Bankruptcy Unit, P.O. Box 1168
Raleigh, NC 27602-1168

PIEDMONT NATURAL GAS
P.O.BOX 1246, Charlotte
Charlotte, NC 28201

Systel Business Equipment
P.O. Box 35870
Fayetteville, NC 28303

VERIZON
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

W. SALEM CHARTER COMMUNICATIONS
1813 Spring Garden St
Greensboro, NC 27403

United States Bankruptcy Court
Eastern District of North Carolir

In re: Key Resources, Inc.

Debtor(s)

Case No.

Chapter  11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/05/2025

/s/ Brendan Flood
Signature of Individual signing on behalf of debtor

CEO
Position or relationship to debtor

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS

## CORPORATE RESOLUTION

## OF

## KEY RESOURCES INC.

BE IT RESOLVED that the Board of Directors of Key Resources Inc. (the "Company") is hereby authorized and empowered for and on behalf of the Company to file a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, and to undertake all necessary acts consistent with the rights and duties of the Board of Directors under Delaware Corporation Law, and any and all other statutory, regulatory, and common law to effectuate bankruptcy filing.

BE IT FURTHER RESOLVED that the CEO of the Company, Brendan Flood, is hereby authorized to serve as the signatory to sign all documents necessary to the administration of the bankruptcy case on behalf of the Company.

BE IT FURTHER RESOLVED that the Board of Directors hereby authorize the Company to engage the law firm of Bernstein-Burkley, P.C. for all legal services related to the bankruptcy filing and related proceedings.

The undersigned hereby certifies that the above and foregoing is a true and correct copy of a Resolution adopted by the Board of Directors of the above named Company by written consent on this 1st day of May, 2025 in lieu of a meeting.

_____
Brendan Flood, CEO